UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAUREEN A. BUCKLEY,

                Plaintiff,

-against-

THE NEW YORK AND
PRESBYTERIAN HOSPITAL,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/13/2021

21-CV-7864 (ALC)

ORDER OF SERVICE

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

The Clerk of Court is directed to issue a summons as to Defendant New York and Presbyterian Hospital. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

**SO ORDERED.**

Dated: 10/13/2021
       New York, New York

                                        ANDREW L. CARTER, JR.
                                        United States District Judge